UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLA C. ALFARO BRITTANY,<br>Plaintiff,<br>v.<br>ANNALISE M. BURNEY,<br>Defendant. | Case No. 2:24-cv-3464-DAD-JDP (PS)<br><br><u>ORDER DISMISSING ACTION WITHOUT PREJUDICE</u> |

Plaintiff Michella C. Alfaro Brittany filed the complaint initiating this civil rights action on December 13, 2025, and is proceeding *pro se*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On May 12, 2025, the undersigned adopted the January 28, 2025 findings and recommendations (Doc. No. 3), and denied plaintiff's motion to proceed *in forma pauperis* and ordered plaintiff to pay the required $405 filing fee in order to proceed with this action within twenty-one (21) days of the service of that order. (Doc. No. 4.) That time has long since passed and plaintiff has neither paid the filing fee as order nor otherwise communicated with the court in any way.

The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 2.) That time has long since passed with no objections, or any other submission, being filed by plaintiff.

Accordingly:

1. This action is dismissed without prejudice due to plaintiff's failure to pay the required filing fee as directed; and
2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 14, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE